NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRY L. HILL,            )
                      )
      Appellant,   )
                      )
v.                    )     Case No. 2D18-3624
                      )
STATE OF FLORIDA,    )
                      )
      Appellee.    )
_____)

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Terry L. Hill, pro se.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and SLEET and SMITH, JJ., Concur.